**IN THE SUPREME COURT OF IOWA**
No. 17–1909
Monona County No. SRCR016184

**STATE OF IOWA,**

    Appellee,

vs.

**LORI DEE MATHES,**

    Appellant.

ELECTRONICALLY FILED        MAY 08, 2020        CLERK OF SUPREME COURT

The court, McDermott, J., taking no part, being evenly divided, declares this case affirmed by operation of law. *See* Iowa Code § 602.4107 (2020).

Christensen, C.J., and Waterman and Mansfield, JJ., would affirm the court of appeals decision dismissing the appeal from the district court order assessing court costs; Appel, McDonald, and Oxley, JJ., would vacate the court of appeals decision and vacate the district court's cost award. "When the supreme court is equally divided on an issue . . . , the decision of the district court is affirmed by operation of law." *State v. Effler*, 769 N.W.2d 880, 884 (Iowa 2009).

Copies to:

Rees Conrad Douglas
The Benson Building
705 Douglas Street, Suite 323
Sioux City, IA 51101

Kevin Cmelik
Martha E. Trout
Assistant Attorneys General
Criminal Appeals Division
Second Floor, Hoover Building
Des Moines, IA 50319

Rita N. Bettis Austen
ACLU of Iowa
505 Fifth Avenue, Suite 901
Des Moines, IA 50306

Lisa Ann Foster
1701 Pennsylvania Ave., NW
Washington, DC 20006

Alexander Vincent Kornya
Iowa Legal Aid
1111 – 9th Street, Suite 230
Des Moines, IA 50309

Martha J. Lucey
State Appellate Defender
4th Floor, Lucas Building
321 E. 12th Street
Des Moines, IA 50319

Alan R. Ostergren
Muscatine County Attorney
Muscatine, IA 52761



IOWA APPELLATE COURTS

## State of Iowa Courts

**Case Number**
17-1909

**Case Title**
State v. Mathes

So Ordered

Susan Christensen, Chief Justice

Electronically signed on 2020-05-08 07:57:44